I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2.21.12

DEPUTY CLERK

JS-6 / ENTERED

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY TREJO, | ) Case No. SACV 11-0478-R (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| DERRICK L. OLLISON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: Feb. 21, 2012

_____

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE